# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Judy Ann Barysch, | Civil No. 10-5007 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Based upon the undersigned's de novo review of the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois dated January 12, 2012, and Plaintiff's Objections thereto, along with all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 23) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 20) is **ADOPTED**; and

3. Plaintiff's Motion for Summary Judgment (Doc. No. 6 ) is **DENIED**; and

4. Defendant's Motion for Summary Judgment (Doc. No. 16) is **GRANTED**.

Dated: February 10, 2012

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge